

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00298-CV

_____

APPY HEALTH, INC., Appellant

V.

CAMDEN KELLY CORPORATION, Appellee

---

On Appeal from the 48th District Court
Tarrant County, Texas
Trial Court No. 048-315688-20

---

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant Appy Health, Inc.'s Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  February 4, 2021